STEPHEN DILLON, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

(Argued September 21, 1874; decided September 29, 1874.)

REPORTED below, 1 Hun, 670.

*Peter Mitchell* for the plaintiff in error.

*Benj. K. Phelps* for the defendants in error.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

---

JOHN I. DAVIS, Respondent, *v.* JOHN B. BORST et al.

(Argued September 22, 1874; decided September 29, 1874.)

THIS is an appeal from an order of General Term, affirming an order of Special Term denying a motion, on the part of one claiming to have succeeded to the rights of one of the defendants, to have the judgment opened and to be allowed to come in and defend.   *Held,* the order was not appealable.

*J. E. Dewey* for the appellant.

*E. T. Schenck* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.